IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT IN AND FOR ORANGE
COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION
CASE NO.

DITECH FINANCIAL LLC F/K/A GREEN TREE
SERVICING LLC,
    Plaintiff,

vs.

JULIA LENKOFF; UNKNOWN SPOUSE OF
JULIA LENKOFF; LANA LENKOFF WILKEN
A/K/A LANA WILKEN; UNKNOWN SPOUSE OF
LANA LENKOFF WILKEN A/K/A LANA
WILKEN; TOWN OF OAKLAND, FLORIDA A
POLITICAL SUBDIVISION OF THE STATE OF
FLORIDA; ANY AND ALL UNKNOWN
PARTIES CLAIMING BY, THROUGH, UNDER,
AND AGAINST THE HEREIN NAMED
INDIVIDUAL DEFENDANT(S) WHO ARE NOT
KNOWN TO BE DEAD OR ALIVE, WHETHER
SAID UNKNOWN PARTIES MAY CLAIM AN
INTEREST AS SPOUSES, HEIRS, DEVISEES,
GRANTEES, OR OTHER CLAIMANTS,
    Defendant(s).
_____/

## VERIFIED COMPLAINT FOR FORECLOSURE OF MORTGAGE

Plaintiff, DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC, sues the Defendants and alleges:

### COUNT I – MORTGAGE FORECLOSURE

1. This is an action to foreclose a mortgage on real property in ORANGE County, Florida.

2. The Court has jurisdiction over the subject matter.

3. On or about October 23, 2006 JULIA LENKOFF BY LANA LENKOFF WILKEN A/K/A LANA WILKEN AS ATTORNEY IN FACT executed and delivered a promissory note securing payment to AEGIS WHOLESALE CORPORATION. A copy of the note is attached

PAGE 1

17-117366

EXHIBIT "B"

hereto as Exhibit "A". On or about October 23, 2006 JULIA LENKOFF BY LANA LENKOFF WILKEN A/K/A LANA WILKEN AS ATTORNEY IN FACT AND LANA LENKOFF WILKEN A/K/A LANA WILKEN executed and delivered the mortgage. A copy of the mortgage is attached hereto as Exhibit "B". The mortgage was recorded on November 3, 2006, in Official Records Book 8953, Page 2140, of the Public Records of Orange County, Florida, and encumbered the property, described in the mortgage, then owned by the mortgagor. A copy of the loan modification is attached hereto and incorporated as Exhibit "C".

4. The Plaintiff's Mortgage is a lien superior in dignity to any prior or subsequent right, title, claim, lien, or interest of any defendant in this action, including but not limited to, any interest arising out of Mortgagor(s) or Mortgagor(s)' predecessor(s) and/or successors in interest.

5. Plaintiff is the holder of the original note secured by the mortgage.

6. Defendant(s) have defaulted under the Note and Mortgage by failing to pay the payment due October 1, 2016, and all subsequent payments.

7. Plaintiff declares the full amount payable under the Note and Mortgage to be due, except to the extent any part of that amount is or would be subject to a statute of limitations defense.

8. Pursuant to the terms of the note and mortgage, and except for those Defendants who have been discharged in bankruptcy, Defendant(s) owe Plaintiff $282,854.70 that is due and owing on principal on the Note and Mortgage, plus interest from and after September 1, 2016, and title search expenses with a deferred principal balance of $30,291.25 for ascertaining necessary parties to this action.

9. In order to protect its security, the Plaintiff may have advanced and paid Ad Valorem Taxes, premiums on insurance required by the Mortgage and other necessary costs, or may be required to make such advances during the pendency of this action. Any such sum(s) so paid will also be due and owing pursuant to the terms of the note and mortgage.

EXHIBIT "B"

10. The property is now owned by Defendant(s), JULIA LENKOFF AND LANA LENKOFF WILKEN A/K/A LANA WILKEN, if living and, if dead, the unknown spouses, heirs, and beneficiaries of JULIA LENKOFF AND LANA LENKOFF WILKEN A/K/A LANA WILKEN who now hold(s) possession.

11. All conditions precedent to the acceleration of this mortgage note and to foreclosure of the mortgage have occurred, been satisfied or been waived.

12. Plaintiff is obligated to pay its attorneys a reasonable fee for their services. Plaintiff is entitled to recover its attorneys' fees pursuant to the express terms of the Note and Mortgage.

13. Plaintiff alleges that the claims of the remaining Defendants are secondary, junior, inferior and subject to the prior claim of Plaintiff.

14. Defendant, UNKNOWN SPOUSE OF JULIA LENKOFF, may claim some right, title, or interest in the property herein sought to be foreclosed by virtue of homestead rights, possession or some other unknown interest, the exact nature of which is unknown to Plaintiff and not a matter of public record. However, said interest, if any, is subordinate, junior, and inferior to the lien of Plaintiff's mortgage.

15. Any interest in the property inuring to the Defendant, TOWN OF OAKLAND, FLORIDA A POLITICAL SUBDIVISION OF THE STATE OF FLORIDA, is subordinate and inferior to the lien of Plaintiff's mortgage, including, but not limited to, ORDER TO COMPLY AND LIEN recorded August 4, 2011, in Official Record Book 10249 at Page 7572 of the Public Records of Orange County, Florida.

16. Defendant, UNKNOWN SPOUSE OF LANA LENKOFF WILKEN A/K/A LANA WILKEN, may claim some right, title, or interest in the property herein sought to be foreclosed by virtue of homestead rights, possession or some other unknown interest, the exact nature of

EXHIBIT "B"

which is unknown to Plaintiff and not a matter of public record. However, said interest, if any, is subordinate, junior, and inferior to the lien of Plaintiff's mortgage.

17. Any and all unknown parties claiming by, through, under, and against the herein named individual Defendant(s) who are not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, or other claimants, are joined as Defendants herein. The claims of said Defendants are subordinate, junior, and inferior to the interest of the Plaintiff.

WHEREFORE, Plaintiff demands judgment foreclosing the mortgage, for costs (and, when applicable, attorneys' fees), and, if the proceeds of the sale are insufficient to pay Plaintiff's judgment, Plaintiff asks the court to reserve jurisdiction to determine whether a deficiency is appropriate, in the event it is sought. Subject to any applicable statute of limitations, Plaintiff further requests that the Court ascertain the amount due to Plaintiff for principal and interest on the Mortgage and Note, and for late charges, abstracting, taxes, expenses and costs, including attorney's fees, plus interest thereon. If the sums due Plaintiff under the Mortgage and Note are not paid immediately, Plaintiff requests that the Court foreclose the Mortgage and the Clerk of the Court sell the Property securing the indebtedness to satisfy the Plaintiff's mortgage lien in accordance with the provisions of Florida Statutes §45.031 (2006); and that the rights, title and interest of any Defendant, or any party claiming by, through, under or against any Defendant named herein or hereinafter made a Defendant be forever barred and foreclosed. Plaintiff further requests, where applicable, that the Court appoint a receiver of the Property and of the rents, issues, income and profits thereof, or in the alternative, order sequestration of rents, issues, income and profits pursuant to Florida Statutes §697.07 (2006); and that the Court retain jurisdiction of this action to make any and all further orders and judgments as may be necessary

EXHIBIT "B"

and proper, including the issuance of a writ of possession and the entry of a deficiency judgment decree, when and if such deficiency decree shall appear proper, provided Borrower(s) has/have not been discharged in bankruptcy. Finally, Plaintiff asks the Court to retain jurisdiction to resolve disputes that might arise with respect to assessments due or allegedly due to any Homeowners or Condominium Association, if applicable.

### VERIFICATION OF COMPLAINT

Case Style: DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC vs. JULIA LENKOFF, et al.

Under penalty of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief.

Date: 1/8/18

Ditech Financial LLC FKA Green Tree Servicing LLC

Lora Kambestad
Document Execution Representative

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Plaintiff
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
Service Email: mail@rasflaw.com

BY:
[ ] Jonathan Meisels, Esq., Florida Bar No. 29235, Email Address: j.meisels@rasflaw.com
[ ] Melissa Konick, Esq., Florida Bar No. 17569, Email Address: mkonick@rasflaw.com
[X] Sean M. Swartz, Esq., Florida Bar No. 112209, Email Address: sswartz@rasflaw.com
[ ] Wendy Manswell, Esq., Florida Bar No. 12027, Email Address: wmanswell@rasflaw.com
[ ] Tiffanie Waldman, Esq., Florida Bar No. 86591, Email Address: twaldman@rasflaw.com
[ ] Can Guner, Esq., Florida Bar No. 20931, Email Address: cguner@rasflaw.com
[ ] Gweneth Brimm, Esq., Florida Bar No. 727601, Email Address: gbrimm@rasflaw.com
[ ] Olivia Soden, Esq., Florida Bar No. 97086, Email Address: osoden@rasflaw.com
[ ] Shannon Dobel, Esq., Florida Bar No. 126299, Email Address: sdobel@rasflaw.com

**EXHIBIT "B"**